THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Ronald Baldwin,
 Claimant, Respondent,
 
 
 
 
 

v.

 
 
 
 Whitaker
 Container Services, Inc., and Rockwood Casualty Insurance Co., Defendants,
 
 
 Of Whom Rockwood
 Casualty Insurance Co. is the Appellant.
 
 
 
 
 

Appeal From Richland County
Alison Renee Lee, Circuit Court Judge

Unpublished Opinion No. 2011-UP-122   
 Submitted March 1, 2011  Filed March 24,
2011

APPEAL DISMISSED

 
 
 
 Allison Molony Carter, of Charleston, for Appellant.
 Jerry Leo Finney, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Rockwood
 Casualty Insurance Co. appeals the order of the circuit court (1) reversing the
 finding of the Workers' Compensation Commission that Ronald Baldwin is not entitled
 to permanent total disability benefits and (2) remanding "for further
 proceedings to make appropriate findings of fact and conclusions of law
 regarding [a] functional capacity evaluation . . . and [a] report of vocational
 evaluation."  We dismiss[1] this appeal as not immediately appealable pursuant to Rule 220(b)(1), SCACR, and
 the following authorities: S.C. Code Ann. § 1-23-380 (Supp. 2010) (providing
 judicial review to parties "aggrieved by a final decision"); Long
 v. Sealed Air Corp., Op. No. 4783 (S.C. Ct. App. filed Jan. 26, 2011) (Shearouse
 Adv. Sh. No. 4 at 57) (holding that a decision of the circuit court remanding a
 workers' compensation case for further investigation was not immediately
 appealable).
APPEAL DISMISSED.
FEW, C.J., and
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.